■ ALBERT MINTZER v. CARL M. LOEB et al.— Motion to dismiss appeal granted, with $10 costs, unless the appellant procures the record on appeal and appellant's points to be served and filed on or before December 8, 1959, with notice of argument for the January 1960 Term of this court, said appeal to be argued or submitted when reached. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ ELIZABETH T. DE CRISTOFANO v. ESQUIRE HOLDING CORP.— Motion granted insofar as to permit the appeal to be heard on the original record, without printing the same, and upon typewritten or mimeographed appellant's points, on condition that the appellant serves one copy of the typewritten or mimeographed appellant's points upon the attorney for respondent and files 6 typewritten or 19 mimeographed copies of appellant's points, together with the original record, with this court on or before December 8, 1959, with notice of argument for the January 1960 Term of this court, said appeal to be argued or submitted when reached. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. GEORGE BIRCH.— Enlargement of time granted. Concur — Breitel, J. P., Rabin, M. M. Frank, Valente and Stevens, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. JOSEPH GOLDBERG.— Enlargement of time granted. Concur — Breitel, J. P., Rabin, M. M. Frank, Valente and Stevens, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. CHARLES HORTON.— Enlargement of time granted. Concur — Breitel, J. P., Rabin, M. M. Frank, Valente and Stevens, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. CLYDE KENNETH VAN ORDEN.— Enlargement of time granted. Concur — Breitel, J. P., Rabin, M. M. Frank, Valente and Stevens, JJ.

## (September 23, 1959)

■ In the Matter of EDMOND ZACCOUR, an Alleged Incompetent Person. JOSE H. ZACCOUR, Appellant; LUIS ZACCOUR et al., Respondents.— Orders unanimously affirmed, with $20 costs and disbursements to the respondents against the petitioner, Jose H. Zaccour. No opinion. Concur — Breitel, J. P., Rabin, M. M. Frank, Valente and Stevens, JJ.

■ In the Matter of EDMOND ZACCOUR, an Alleged Incompetent Person. JOSE H. ZACCOUR, Appellant; LUIS ZACCOUR et al., Respondents.— Motion for stay denied, with $10 costs, and the stay contained in the order to show cause dated August 25, 1959 is vacated. Concur — Breitel, J. P., Rabin, M. M. Frank, Valente and Stevens, JJ.

## (September 24, 1959)

■ JACQUELINE L. HAMMOND, Respondent-Appellant, v. OGDEN H. HAMMOND, JR., Appellant-Respondent.— Order unanimously modified on the facts and in the exercise of discretion to the extent of remitting this matter to Special Term, Part XII, Supreme Court, New York County, for a hearing forthwith on defendant's objections as to jurisdiction (domicile of defendant) and, as so modified, said order is affirmed, without costs to either party. All proceedings are stayed until completion of such hearing. Special Term should have heard and determined the objections raised by defendant pursuant to section 237-a (subd. 3, par. [a]) of the Civil Practice Act (see *Pochna* v. *Pochna*, 7 A D